STATE OF CONNECTICUT *v.* JAMES C. SERVELLO

MCDONALD, C. J., and KATZ, SULLIVAN and VER-
TEFEUILLE, Js., did not participate in the consideration
or decision of this petition.

*Jon Schoenhorn,* in support of the petition.

*Harry Weller,* senior assistant state's attorney, in
opposition.

Decided October 25, 2000

IN RE CHEYENNE A.

*Norman A. Pattis,* in support of the petition.

*Eugene P. Falco* and *Susan T. Pearlman,* assistant
attorney general, in opposition.

Decided October 25, 2000

SUSAN POSPISIL *v.* EDWARD POSPISIL

PALMER and VERTEFEUILLE, Js., did not partici-
pate in the consideration or decision of this petition.